IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADRIANO ROMEIRO CUSTODIO OLIVEIRA | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | **CIVIL NO. 26-1904** |
| | : | |
| J. L. JAMISON et al., | : | |
| *Respondents.* | : | |
| | : | |

## ORDER

**AND NOW,** this **1ˢᵗ** day of **April 2026,** upon consideration of Mr. Romeiro Custodio Oliveira's Petition for a Writ of Habeas Corpus (ECF No. 1), the Government's Answer (ECF No. 3), and the representations made by the Parties during the Status Conference held on April 1, 2026, it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Romeiro Custodio Oliveira from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on April 2, 2026.**

2. The Government is enjoined from detaining Mr. Romeiro Custodio Oliveira under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge