IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADRIANO ROMEIRO CUSTODIO
OLIVEIRA                           :
       *Petitioner,*            :
                            :

       v.                       : **CIVIL NO. 26-1904**
                            :

J. L. JAMISON et al.,              :
       *Respondents.*           :
                            :

## ORDER

**AND NOW,** this **1ˢᵗ** day of **April 2026,** upon consideration of Mr. Romeiro Custodio

Oliveira's Motion for Temporary Restraining and Preliminary Injunction (ECF No. 7), the

representations made by the Parties during the Status Conference held on April 1, 2026, and the

Court's Order granting Mr. Romeiro Custodio Oliveira's Petition for Writ of Habeas Corpus, it is

hereby **ORDERED** that the Motion is **DENIED** as moot.

                                   **BY THE COURT:**

                                   _____

                                   **HON. KAI N. SCOTT**
                                   **United States District Court Judge**